UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Terri A Richardson   xxx-xx-4696 ) | |
| ) | Case Number 19-80345 |
| ) | |
| Debtor ) | |

**AFFIDAVIT REGARDING SERVICE OF PLAN**

I, Carol Rollins, certify that service of the Plan was made on 5-9-19 by:

X   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Santander Consumer USA Inc
Attn: Officer or Managing agent
1601 Elm St Ste 800
Dallas, TX 75201-7260

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 5-9-19          /s/ Carol M. Rollins